CROWELL LAW
Carl D. Crowell, OSB No. 982049
email:  carl@crowell-law.com
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RALPH GHASSAN BEKAHI,**<br><br>**Defendant,** | Case No.: 3:17-cv-00157-AC<br><br>S.O. 2016-8 REPORT |

Conferral

The parties have conferred on this report and there is no objection.

REPORT

Plaintiff reports the defendant has been represented by counsel:

Douglas J. Raab
Brownstein Rask
1200 SW Main Street
Portland, OR 97205
P: 503.221.1772

The defendant was personally served on July 9, 2017 and an answer is due July 31, 2017. Plaintiff has pre-cleared a reasonable extension of time to appear should defendant request.

Plaintiff has also been contacted by possible new counsel for Defendant, David Madden, who maybe assuming representation:

> David Madden
> 9600 SW Oak Street, Suite 500
> Tigard, Oregon 97223
> P: 1-503-679-1671

Plaintiff anticipates conferring with counsel for defendant further within the next 21 days and believes an initial scheduling conference with the Court would be proper the week of August 14.

DATED: July 16, 2017.

Respectfully submitted,

CROWELL LAW

*/s/ Carl D. Crowell*
Carl D. Crowell, OSB No. 982049
carl@crowell-law.com
503-581-1240
Of attorneys for Plaintiff