David H. Madden
Mersenne Law
9600 S.W. Oak Street
Suite 500
Tigard, Oregon  97223
(503) 679-1671
ecf@mersenne.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.**<br>*Plaintiff*<br><br>v.<br><br>**Ralph Ghassan BEKAHI**<br>*Defendant* | Civil Action No.:....................3:17-cv-157-AC<br><br>**DECLARATION OF CHARLES J. FAULK** |

I, Charles J. FAULK, submit this Declaration setting forth facts within my knowledge and experience that may be relevant to issues in the above-captioned action.  As to the following statements, I believe them to be true, and I make this Declaration understanding that knowing false statements may subject me to penalty for perjury under the laws of the United States.  If called upon to testify to these matters, I could and would do so competently and in accordance with the following:

1. I am a Private Investigator licensed in the state of Oregon doing business as CJ Faulk & Associates, LLC focusing on Digital Forensics.  I have worked in this capacity since 2009 when I retired from the Federal Service.  I was a Special Agent with the Naval Criminal

Investigative Service (NCIS) for 13 years and then a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) also for 13 years in Oregon. During my tenure with both agencies I was engaged in Digital Forensics as a collateral duty. My current CV is attached.

2. On August 27, 2017, I was retained by David H Madden of Mersenne Law, to forensically examine four mobile devices belonging to Ralph Bekahi regarding the alleged illegal downloading of movies. On September 9, 2017, I met with Mr. Bekahi at his workplace, the Veterans Hospital in Portland, OR and received two iPhones and two iPad Minis. These devices are identified as:

    - iPhone 7 Plus (A1784): SN F2LT4GZXHFY8
    - iPhone 6s (A1688): SN FK1QCKAWGRY5
    - iPad Mini (A1432): SN F4LK8QCTF194
    - iPad Mini: (1432): SN F7NNGDFBF196

3. During the time frame of September 9-10, 2017, using the forensic program Cellebrite 4PC which is licensed to me, I obtained acquisitions (forensic copies of obtainable data) of each of the four devices. The devices were returned to Mr. Bekahi on September 10, 2017 at the Clackamas County Sheriff's Office Public Safety Training Center and Indoor Shooting Range in Clackamas, OR.

4. During the time frame of September 15-21, 2017, I attempted to process the Cellebrite Acquisitions in the forensic program Axiom which was developed by Magnet Forensics. This program is also licensed to me. Although Axiom represents that its software can process Cellebrite Acquisitions, this appears to be untrue. Via numerous emails and phone calls, I worked with Magnet Forensics' Help Desk but the problem remained unresolved.

5. On September 18, 2017, I received an email from Carl D. Crowell with an attached

spreadsheet. This spreadsheet is a listing of 376 Torrent Names and associated (SHA 1) Hash Values.

6. During the timeframe of September 20-21, 2017, I conducted keyword searches of the Cellebrite Acquisitions I had previously completed for all four devices (two iPhones and two iPads) using all the torrent names provided. There were no positive responses to any of the torrent names listed in the spreadsheet provided by Mr. Crowell. These searches were conducted using the "Watch List" function in Cellebrite. This function will conduct searches using all the names of interest, in this case the torrent names, *en masse*, which I entered as they were identified in the spreadsheet.

7. Additionally I selected five of the first six torrents listed in the spreadsheet and searched for each one individually using the "search" function in Cellebrite. I did not use the fifth torrent listed since it contained a similar name as the fourth torrent. Both of these torrents' names started with "Homeland". The search function is a different approach in which individual words or text strings are searched for one at time. I conducted this search on all four devices without receiving any positive responses.

///
///
///
///
///
///
///
///
///

8. I did not attempt a Watch List or search function with the Hash Values listed in the attachment for the torrents. The hash values provided are SHA1 and Cellebrite generates MD5 hashes for the files found during the acquisition process. Using the Watch List or the search function would have been nonproductive since they are not the same values. I am unaware of any means to convert a MD5 hash to a SHA1 or vice versa.

9. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and I understand that it is made for use as evidence in court.**

Further this declarant sayeth naught.

22 September 2017                             *[signature]*
_____                   _____
       Date                                           Charles J. FAULK