David H. Madden
Mersenne Law
9600 S.W. Oak Street
Suite 500
Tigard, Oregon  97223
(503) 679-1671
ecf@mersenne.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.<br><br>*Plaintiff*<br><br>v.<br><br>Ralph Ghassan BEKAHI<br><br>*Defendant* | Civil Action No.:………………3:17-cv-157-AC<br><br>**SUPPLEMENTAL DECLARATION OF CHARLES J. FAULK** |

I, Charles J. FAULK, submit this Declaration setting forth facts within my knowledge and experience that may be relevant to issues in the above-captioned action.  As to the following statements, I believe them to be true, and I make this Declaration understanding that knowing false statements may subject me to penalty for perjury under the laws of the United States.  If called upon to testify to these matters, I could and would do so competently and in accordance with the following:

1. I am a Private Investigator licensed in the state of Oregon doing business as CJ Faulk & Associates, LLC focusing on Digital Forensics.  I have previously submitted my CV in connection with a declaration in the present matter.  This supplemental declaration describes

the results of additional investigation I was asked to do so that Mr. Bekahi could accurately answer questions posed to him.

2. On September 30, 2017, I visited Mr. Bekahi's residence at 21837 N.E. Larkspur Lane, Fairview, Oregon. This is a two-story condominium (built over a garage, so the entire unit is three stories). There are units on either side of this one.

3. I had been asked to examine the cable devices and wireless routers at the residence, to record their types and connections, and to obtain lists of Media Access Control ("MAC") addresses that would show what computers and other devices had connected to the routers.

4. Mr. Bekahi's Internet service is provided via a cable connection from Comcast. There are two cable modems attached: a main device with DVR functionality, connected to a Samsung TV in the living room; and an auxiliary device without DVR functionality connected to a flat-panel TV in a guest room.

5. The main (DVR) cable modem is an **XFINITY X1** device. It has the following information listed on a label:

    - CC S/N MA1320ERG070
    - CC UA 000-00854—85246-147
    - Serial No. PAPV006614845
    - eSTB MAC : 70:B1:4E:6D:09:E6
    - eCM MAC: 70:B1:4E:6D:09:E4



6. The auxiliary cable modem is an XiD-P, model number Pace PXD01ANI, with the following information on its label:

    - SN: PAM601622580
    - Unit ID: 191-16128-50163-232



- Device MAC: 12:BF:60:22:23:F3

7. The WiFi router is a Technicolor XB3, model number DPC3941T. Its label bears the following information:

    - P/N DPC3941-TMCV214-K9
    - MTA MAC FC91143ECA57
    - WAN MAC FC91143ECA58



8. I took digital photos of the information displayed onscreen by the main DVR cable modem, and correlated it with information Mr. Bekahi obtained through his XFINITY online account. I observed Mr. Bekahi as he accessed the MAC information online, and compared it to the screen shots Mr. Bekahi sent to me. The MAC addresses that the XFINITY system has seen and recorded are:

**Active Devices**

- April's iPad MAC address of E0667862F7F3 matches WiFi address reported in Cellebrite
- April's iPhone MAC address of 18F643083DF8 matches WiFi address reported in Cellebrite
- HP31B914 (Printer)
- iPad MAC address of 101C0C775A97 matches WiFi address for Ralph's iPad as reported in Cellebrite
- LyricStat5AADEA (Thermostat)
- Ralph's iPhone MAC address of 4C74BF79B816 matches WiFi address reported in Cellebrite

**Inactive Devices**

- Guest Room

- ipcam_00626E4A3...

9. The Comcast XFINITY user interface does not report that any devices other than the two iPhones, two iPads, a printer, a thermostat, the guest-room cable box and the IP security camera (total eight (8) devices) had been connected to Mr. Bekahi's Internet system.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and I understand that it is made for use as evidence in court.

Further this declarant sayeth naught.

10/4/17
Date

Charles J. FAULK