CROWELL LAW
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **RALPH GHASSAN BEKAHI**, <br><br> Defendant, | Case No.: 3:17-cv-00157-AC <br><br> MOTION FOR CARL D. CROWELL TO WITHDRAW AS COUNSEL FOR PLAINTIFF <br><br> UNOPPOSED |

LR 7.1 CONFERRAL

Plaintiff's counsel certifies he has conferred with counsel for the defendant and this motion is unopposed.

MOTION FOR CARL D. CROWELL TO WITHDRAW AS COUNSEL

Pursuant to LR 83-11(a), Carl D. Crowell, one of counsel of record for Plaintiff Criminal Productions, Inc., moves this Court for an order allowing him to withdraw as counsel for Plaintiff.

New counsel has been retained by Plaintiff to represent Plaintiff in this matter and though

a substitution under LR 83-11(d) might have been proper, logistics have resulted in separate Notices of Appearance (Ecf. 33) and now a Motion to Withdrawal.

There is no prejudice to Plaintiff as the intent had been for there to have been a substitution initially.

WHEREFORE, counsel requests he now be allowed to withdrawal pursuant to LR 83-11(a).

DATED: January 26, 2017.

Respectfully submitted,

CROWELL LAW

*/s/ Carl D. Crowell*
Carl D. Crowell, OSB No. 982049
carl@crowell-law.com
503-581-1240
Of attorneys for the Plaintiff

MOTION TO WITHDRAW                                                             Page 2 of 2