John Mansfield, OSB No. 055390
john@harrisbricken.com
Megan Vaniman, OSB No. 124845
megan@harrisbricken.com
HARRIS BRICKEN
511 SE 11th Ave., Ste. 201
Portland, OR  97214
503-207-7313
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.,**<br><br>               Plaintiff,<br><br>     v.<br><br>**RALPH GHASSAN BEKANI,**<br><br>               Defendant. | Case No.: 3:17-cv-00157-AC<br><br>**NOTICE OF APPEARANCE** |

TO:   CLERK AND ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Megan Vaniman, of the law firm Harris Bricken, is appearing as counsel in this matter for plaintiff, Criminal Productions, Inc.

- 1 -  **NOTICE OF APPEARANCE**

Please serve all further papers, pleadings and discovery notices in this matter as follows:

| | |
|---|---|
| John Mansfield<br>HARRIS BRICKEN<br>511 SE 11th Ave., Ste. 201<br>Portland, OR  97214<br>Phone:  503-207-7313<br>Fax:  206-224-5659<br>Email:  john@harrisbricken.com | Megan Vaniman<br>HARRIS BRICKEN<br>511 SE 11th Ave., Ste. 201<br>Portland, OR  97214<br>Phone:  503-207-7313<br>Fax:  206-224-5659<br>Email:  megan@harrisbricken.com |

DATED:  February 13, 2018.        HARRIS BRICKEN

                                                  By:  <u>s/ Megan Vaniman</u>
                                                    Megan Vaniman, OSB No. 124845
                                                    megan@harrisbricken.com
                                                    511 SE 11th Ave., Ste. 201
                                                    Portland, OR  97214
                                                    503-207-7313

                                                    *Of Attorneys for Plaintiff*

- 2 -  **NOTICE OF APPEARANCE**