IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **RALPH GHASSAN BEKAHI**, <br><br> Defendant. | Case No. 3:17-cv-157-AC <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

Pursuant to the Findings and Recommendation (ECF 112) and the Court's Order (ECF 114), Plaintiff Criminal Productions, Inc. is ordered to provide written notice of this lawsuit to Summit Entertainment, LLC, in compliance with 17 U.S.C. 501(b). Such notice must be provided on or before February 7, 2020.

**IT IS SO ORDERED.**

DATED this 28th day of January, 2020.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – ORDER